## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| Laborers Pension Fund and Laborers Welfare Fund, et al.<br>v.<br>BONGI CONSTRUCTION CORPORATION an Illinois corporation, and BARRACUDA, LLC a voluntarily dissolved Illinois limited liability company, and GREGORY F. | FILED: JUNE 30, 2008<br>08CV3728<br>JUDGE MORAN<br>MAG. JUDGE COX<br>J. N. |

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

| SIGNATURE /s/ Christina Krivanek |
|---|
| FIRM    Office of Fund Counsel, Laborers' Pension and Welfare Funds |
| STREET ADDRESS    111 W. Jackson Blvd., Suite 1415 |
| CITY/STATE/ZIP    Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286644 | TELEPHONE NUMBER<br>312/692-1540 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |
|---|