## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3728                          Assigned/Issued By: j. n.

Judge Name: moran                              Designated Magistrate Judge: cox

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00        [ ] $39.00        [ ] $5.00
                [ ] IFP            [ ] No Fee        [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2899091_____

Date Payment Rec'd: 6-30-08_____        Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets          [ ] Other

[ ] Writ _____            _____
         *(Type of Writ)*                _____
                                         *(Type of issuance)*

4____ Original and 0_____ copies on 6-30-08_____ as to all defendants_____
                                       *(Date)*