UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** | COURT DATE: |
| PLAINTIFF(S) | Case No.<br>**08 CV 3728** |
| vs. | |
| **BONGI CONSTRUCTION CORPORATION, ET AL** | SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 11, 2008**, at **8:05 PM**, I served the above described documents upon **PHILIP BONGIOVANNI, SR.** as sho below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **PHILIP BONGIOVANNI.**

Said service was effected at **555 MONTEGO DR., ELK GROVE VILLAGE, IL 60007.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **70**  Hgt: **5'9"**  Wgt: **170**  Hair: **GRAY**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*Craig Palmer*

**Craig Palmer, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 14th day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>**Laborers Pension and Welfare Funds*** | ORIGINAL PROOF OF SERVICE | TRACKING #<br>**39771** |