UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** | COURT DATE: |
| PLAINTIFF(S) | Case No. **08 CV 3728** |
| vs. | |
| **BONGI CONSTRUCTION CORPORATION, ET AL** | SERVICE DOCUMENTS: **SUMMONS & COMPLAINT** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 15, 2008**, at **8:41 AM**, I served the above described documents upon **GREGORY BONGIOVANNI** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **GREGORY BONGIOVANNI** .

Said service was effected at **527 W. PEREGRINE DR., PALATINE, IL 60067.**

**DESCRIPTION:**  Gender: **M**  Race: **INDIAN**  Age: **47**  Hgt: **5'9"**  Wgt: **168**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Ryan Flaska*

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 15th day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC