UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**BONGI CONSTRUCTION CORPORATION, ET AL**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 3728**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 15, 2008**, at **8:41 AM**, I served the above described documents upon **BONGI CONSTRUCTION COMPAN** shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **GREGORY BONGIOVANNI / R/A**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **527 W. PEREGRINE DR., PALATINE, IL 60067.**

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **47**   Hgt: **5'9"**   Wgt: **168**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

**Ryan Flaska**, Lic #: **117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 15th day of July, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC